UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sexy Hair Concepts, LLC**, <br><br> Plaintiff, <br><br> vs. <br><br> **Pretty Sexy Hair Company**, *et al*, <br><br> Defendants. | Case no. CV 12-07295-SVW (MRW) <br><br> **ORDER FOR DEFENDANTS TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT** <br><br> **NOTE COURT MODIFICATIONS** |

Plaintiff Sexy Hair Concepts, LLC ("Plaintiff" or "Sexy Hair") has filed an *Ex Parte* Application for an Order to Show Cause why Defendants Pretty Sexy Hair Company and Valda Chavez should not be held in contempt of the injunction issued by this Court on January 23, 2012 (ECF No. 16).

Upon consideration of Plaintiff's Application, and the accompanying memorandum of law, declarations, and exhibits in support thereof, and finding good cause for said application, IT IS HEREBY ORDERED that:

(1)   The Application is GRANTED.

(2)   Defendants are ORDERED to file a brief, not exceeding fifteen (15) pages, no later than Wednesday, April 25, 2013, to show cause why they should not be held in contempt for failure to comply with the Court's January 23, 2013 Order Granting Default Judgment and Injunctive Relief. Plaintiff may file a responsive brief, not exceeding fifteen

1  (15) pages, no later than Friday, April 26, 2013.  A Show Cause Hearing is set for Monday,
2  April 29, 2013, at 1:30 p.m. before this Court at 312 N. Spring Street, Courtroom 6, Los
3  Angeles, California 90012.

5       IT IS SO ORDERED.

7  DATED:     April 18, 2013
8                                             Stephen V. Wilson
                                              United States District Judge